**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01478-CV

### IN RE ACE PARKING MANAGEMENT, INC., Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05179**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's December 21, 2016 amended petition for writ of mandamus. We **ORDER** relator to bear the costs, if any, of this original proceeding.


/s/     DAVID EVANS
        JUSTICE